# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRENCE M. WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1549** |
| **BURL CAIN, WARDEN** | **SECTION: "H"(1)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Terrence M. Williams is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 31st day of October, 2017.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**